IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENT WARD,                              No  C 09-4565 VRW

    Plaintiff,                    ORDER

    v

EQUILON ENTERPRISES LLC and SHELL
OIL PRODUCTS COMPANY LLC,

    Defendant.
_____/

        Defendants removed this action from Contra Costa County superior court on September 28, 2009, alleging the court had diversity jurisdiction pursuant to 28 USC § 1332. Doc #1. On January 8, 2010, the court ordered defendants to show cause why the case should not be remanded, as defendants had not shown by a preponderance of the evidence that the amount in controversy requirement was satisfied. Doc #17.

        Defendants' response to the order asserts that at the time of removal the amount in controversy exceeded one million dollars. Doc #18 at 3. In support, defendants cite to the declaration of Jeff Bullen, the Risk & Insurance Advisor for defendant Shell Oil Company. Doc #19. The Bullen declaration

states "the amount of worker's compensation insurance benefits that Zurich had paid to Mr Ward as of [September 2, 2009] * * * totaled $1,003,257 in benefits (lost wages, medical bills, and the like) plus an additional $160,991 in expenses." Id at ¶ 5. Plaintiff's complaint seeks, among other things, medical expenses and lost wages. Doc #1 at 8. It is thus fair to conclude that $1,003,257 Zurich has paid to Mr Ward to cover "lost wages, medical bills, and the like" represents at least a portion of the amount in controversy.

Defendants' response is sufficient for the court to conclude by a preponderance of the evidence that the amount in controversy exceeds $75,000. Accordingly, pursuant to 28 USC § 1332, the court will exercise jurisdiction over the case and the order to show cause, Doc #17, is DISCHARGED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge