*E-Filed 10/8/10*

JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
NICK S. VERWOLF (admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         joeaddiego@dwt.com
                   nickverwolf@dwt.com

Attorneys for Defendants
EQUILON ENTERPRISES LLC, and
SHELL OIL PRODUCTS COMPANY LLC

STEGER P. JOHNSON (CA State Bar No. 83421)
JONES, CLIFFORD, JOHNSON, DEHNER,
WONG, MORRISON, SHEPPARD & BELL, LLP
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Telephone:   (415) 431-5310
Facsimile:    (415) 431-2266
Email:         sjohnson@jonesclifford.com

Attorneys for Plaintiff, KENT WARD

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENT WARD, | ) Case No.  CV 09-04565 RS |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED** |
| | ) **ORDER] TO EXTEND DISCOVERY AND** |
| v. | ) **MEDIATION DEADLINES AND TO** |
| | ) **RESCHEDULE FURTHER CASE** |
| EQUILON ENTERPRISES, LLC, SHELL OIL | ) **MANAGEMENT CONFERENCE** |
| PRODUCTS COMPANY LLC AND DOES 1 | ) |
| TO 50, inclusive, | ) **[Civ. L.R. 6-1(b) 6-2]** |
| | ) |
| Defendants. | ) **Trial Date:  None** |
| | ) |

Pursuant to Civil Local Rule 6-1(b) and 6-2 of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiff Kent Ward and Defendants Equilon Enterprises, LLC ("Equilon") and Shell Oil Products Company LLC ("Shell"), by and through their respective counsel of record, as follows:

1

1) All discovery deadlines set forth in this Court's April 8, 2010 Case Management Scheduling Order shall be continued by a period of 90 (ninety) days.

2) All expert discovery deadlines set forth in this Court's April 8, 2010 Case Management Scheduling Order shall be continued by a period of 90 (ninety) days;

2) The current mediation deadline shall be extended by 90 days; and

3) The January 13, 2011 Further Case Management Conference shall be rescheduled for April 14, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Richard Seeborg, Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement on or before April 7, 2011.

The reason for this Stipulation is that the parties encountered difficulty scheduling depositions, including those of key third party witnesses, and require additional time to locate certain third party witnesses, and also to schedule and complete all necessary depositions.  In addition, at a deposition conducted on October 6, 2010, a dispute arose between the parties concerning the application of the attorney-client privilege and attorney work product doctrine to an investigation that was conducted after the subject incident, and additional time is required to resolve this dispute by motion practice.

///

1  This is the first stipulated time modification in this case. No trial date has been set, so this
2 extension will not require that a trial date be rescheduled, but it will require that the Further Case
3 Management Conference currently set for January 13, 2011 be rescheduled.

4  IT IS SO STIPULATED.

5 Date: October 8, 2010

DAVIS WRIGHT TREMAINE LLP

By:  /s/
JOSEPH E. ADDIEGO III

Attorneys for Defendants EQUILON ENTERPRISES LLC,
and SHELL OIL PRODUCTS COMPANY LLC

12  IT IS SO STIPULATED

13 Date: October 8, 2010

JONES, CLIFFORD, JOHNSON, DEHNER, WONG,
MORRISON, SHEPPARD & BELL, LLP

By:  /s/
STEGER P. JOHNSON

Attorneys for Plaintiff KENT WARD

**ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

IT IS FURTHER ORDERED that the January 13, 2011 Further Case Management Conference shall be rescheduled to April 14, 2011. The parties shall file a Joint Case Management Statement on or before April 7, 2011.

DATED: October _8_, 2010.

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

DAVIS WRIGHT TREMAINE LLP

ORDER
Case No. CV 09-04565 RS

DWT 15683409v2 0050411-000105