*E-Filed 1/5/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENT WARD,

    Plaintiff,

v.

EQUILON ENTERPRISES LLC,

    Defendant.

No. C 09-04565 RS

**ORDER REFERRING MATTER FOR DISCOVERY**

    The instant case is referred to a Magistrate Judge for all matters relating to discovery. Accordingly, the hearing on plaintiff's motion to compel scheduled for January 27, 2011 is vacated. Upon reassignment to a referral Magistrate Judge, defendant must re-notice its motion.

**IT IS SO ORDERED.**

Dated: 12/29/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE