*E-Filed 1/5/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENT WARD, | No. C 09-04565 RS |
| Plaintiff, | |
| v. | **ORDER REFERRING MATTER FOR DISCOVERY** |
| EQUILON ENTERPRISES LLC, | |
| Defendant. | |

The instant case is referred to a Magistrate Judge for all matters relating to discovery. Accordingly, the hearing on defendant's motion scheduled for January 27, 2011 is vacated. Upon reassignment to a referral Magistrate Judge, defendant must re-notice its motion.

**IT IS SO ORDERED.**

Dated: 12/29/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE