JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
SAM N. DAWOOD (CA State Bar No. 178862)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
samdawood@dwt.com

Attorneys for Defendants
EQUILON ENTERPRISES LLC, and
SHELL OIL PRODUCTS COMPANY LLC

STEGER P. JOHNSON (CA State Bar No. 83421)
JONES, CLIFFORD, JOHNSON, DEHNER,
WONG, MORRISON, SHEPPARD & BELL, LLP
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 431-5310
Facsimile: (415) 431-2266
Email: sjohnson@jonesclifford.com

Attorneys for Plaintiff, KENT WARD

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENT WARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUILON ENTERPRISES, LLC, SHELL OIL PRODUCTS COMPANY LLC AND DOES 1 TO 50, inclusive,<br><br>　　　　Defendants. | Case No. CV 09-04565 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER] TO EXTEND THE DEADLINE FOR DEFENDANTS' FILING OF A REPLY BRIEF IN SUPPORT OF ITS MOTION TO LIMIT DISCOVERY OF EQUILON'S ROOT CAUSE ANALYSIS INVESTIGATION AND REPORT**<br><br>**Date: February 23, 2011**<br>**Time: 9:30 a.m.**<br>**Dept.: F, 15th Floor**<br>**Judge: Hon. Magistrate Judge Larson**<br><br>**[Civ. L.R. 6-2 and 7-3(c)]**<br><br>**Trial Date: None** |

　　　　Pursuant to Civil Local Rule 6-2 and 7-3(c) of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiff Kent Ward and

Defendants Equilon Enterprises, LLC and Shell Oil Products Company LLC (collectively "Equilon"), by and through their respective counsel of record, as follows:

1) Equilon shall have an extra two days beyond the deadline set forth by L.R. Rule 7-3(c) to file and serve its Reply Brief in support of its Motion to Limit Scope of Depositions to Prohibit Plaintiff's Discovery of Equilon's Root Cause Analysis and Investigation and Report (the "Motion") and any supporting declarations. As such, Defendants' Reply Brief and Supporting Declarations shall be e-filed with this Court and served no later than **Friday, February 11, 2011**, instead of Wednesday, February 9th. The hearing on Equilon's Motion remains scheduled for hearing on February 23, 2011.

The reason for this Stipulation is Equilon's counsel's current case-load and work schedule requires it be granted this brief extension to adequately consider and respond to Plaintiff's opposition to its Motion. The brief two day extension will cause no prejudice to any of the parties or affect in any way the scheduled February 23, 2011 hearing date on the Motion.

The parties have previously stipulated to two extensions of the discovery cut-off date in this case granted by Judge Seeborg. .

///

2
STIPULATION FOR EXTENSION FOR DEFENDANTS TO FILE REPLY BRIEF  DWT 16500299v1 0050411-000105
Case No. CV 09-04565 RS

IT IS SO STIPULATED.

Date: February 2, 2011

        DAVIS WRIGHT TREMAINE LLP

        By:     /s/ *Sam N. Dawood*
                  SAM N. DAWOOD

        Attorneys for Defendants EQUILON ENTERPRISES LLC, and SHELL OIL PRODUCTS COMPANY LLC

IT IS SO STIPULATED

Date: February 2, 2011

        JONES, CLIFFORD, JOHNSON, DEHNER, WONG, MORRISON, SHEPPARD & BELL, LLP

        By:     /s/ *Steger P. Johnson*
                  STEGER P. JOHNSON

        Attorneys for Plaintiff KENT WARD

**ORDER**

Pursuant to the above stipulation by the parties, the foregoing is approved and **IT IS SO ORDERED**.

DATED: February 4, 2011.

_____
THE HONORABLE U.S. MAGISTRATE JUDGE
JAMES LARSON