1   JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
    SAM N. DAWOOD (CA State Bar No. 178862)
2   DAVIS WRIGHT TREMAINE LLP
    505 Montgomery Street, Suite 800
3   San Francisco, California  94111
    Telephone:     (415) 276-6500
4   Facsimile:     (415) 276-6599
    Email:         joeaddiego@dwt.com
5              samdawood@dwt.com

6   Attorneys for Defendants
    EQUILON ENTERPRISES LLC, and
7   SHELL OIL PRODUCTS COMPANY LLC

8   STEGER P. JOHNSON (CA State Bar No. 83421)
    JONES, CLIFFORD, JOHNSON, DEHNER,
9   WONG, MORRISON, SHEPPARD & BELL, LLP
    100 Van Ness Avenue, 19th Floor
10  San Francisco, CA 94102
    Telephone:    (415) 431-5310
11  Facsimile:    (415) 431-2266
    Email:        sjohnson@jonesclifford.com

12  Attorneys for Plaintiff, KENT WARD

13

14          IN THE UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17  KENT WARD,                          )  Case No.  CV 09-04565 RS
                                        )
18              Plaintiff,              )  JOINT STIPULATION AND [PROPOSED
                                        )  ORDER] TO EXTEND THE DEADLINE
19       v.                             )  FOR DEFENDANTS' FILING OF A
                                        )  REPLY BRIEF IN SUPPORT OF ITS
20  EQUILON ENTERPRISES, LLC, SHELL OIL )  MOTION TO LIMIT DISCOVERY OF
    PRODUCTS COMPANY LLC AND DOES 1     )  EQUILON'S ROOT CAUSE ANALYSIS
21  TO 50, inclusive,                   )  INVESTIGATION AND REPORT
                                        )
22              Defendants.             )  Date:  February 23, 2011
                                        )  Time: 9:30 a.m.
23                                      )  Dept.: F, 15th Floor
                                           Judge:  Hon. Magistrate Judge Larson
24
                                           [Civ. L.R. 6-2 and 7-3(c)]
25
                                           Trial Date:  None
26  _____

27       Pursuant to Civil Local Rule 6-2 and 7-3(c) of the United States District Court for the

28  Northern District of California, it is hereby stipulated by and between Plaintiff Kent Ward and

DAVIS WRIGHT TREMAINE LLP

                                         1

Defendants Equilon Enterprises, LLC and Shell Oil Products Company LLC (collectively "Equilon"), by and through their respective counsel of record, as follows:

　　　1)  Equilon shall have an extra two days beyond the deadline set forth by L.R. Rule 7-3(c) to file and serve its Reply Brief in support of its Motion to Limit Scope of Depositions to Prohibit Plaintiff's Discovery of Equilon's Root Cause Analysis and Investigation and Report (the "Motion") and any supporting declarations.  As such, Defendants' Reply Brief and Supporting Declarations shall be e-filed with this Court and served no later than **Friday, February 11, 2011**, 12 NOON instead of Wednesday, February 9th.  The hearing on Equilon's Motion remains scheduled for hearing on February 23, 2011.

　　　The reason for this Stipulation is Equilon's counsel's current case-load and work schedule requires it be granted this brief extension to adequately consider and respond to Plaintiff's opposition to its Motion.  The brief two day extension will cause no prejudice to any of the parties or affect in any way the scheduled February 23, 2011 hearing date on the Motion.

　　　The parties have previously stipulated to two extensions of the discovery cut-off date in this case granted by Judge Seeborg.    .

///

DAVIS WRIGHT TREMAINE LLP

STIPULATION FOR  EXTENSION FOR DEFENDANTS TO FILE REPLY BRIEF
Case No. CV 09-04565 RS

DWT 16500299v1 0050411-000105

1

2          IT IS SO STIPULATED.

3   Date: February 2, 2011

4                                    DAVIS WRIGHT TREMAINE LLP

5                                    By:    _____ /s/ Sam N. Dawood
                                            SAM N. DAWOOD

6
                                     Attorneys for Defendants EQUILON ENTERPRISES LLC,
7                                    and SHELL OIL PRODUCTS COMPANY LLC

8

9

10         IT IS SO STIPULATED

11  Date: February 2, 2011

12                                   JONES, CLIFFORD, JOHNSON, DEHNER, WONG,
                                     MORRISON, SHEPPARD & BELL, LLP

13

14                                   By:    _____ /s/ Steger P. Johnson___
                                            STEGER P. JOHNSON

15
                                     Attorneys for Plaintiff KENT WARD
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR  EXTENSION FOR DEFENDANTS TO FILE REPLY BRIEF          DWT 16500299v1 0050411-000105
Case No. CV 09-04565 RS

DAVIS WRIGHT TREMAINE LLP

**ORDER**

      Pursuant to the above stipulation by the parties, the foregoing is approved and **IT IS SO ORDERED**.

DATED: February ___, 2011.

                                 4

_____
THE HONORABLE U.S. MAGISTRATE JUDGE
JAMES LARSON

DAVIS WRIGHT TREMAINE LLP

ORDER
Case No. CV 09-04565 RS

DWT 16500299v1 0050411-000105