1  JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
   NICK S. VERWOLF (admitted *Pro Hac Vice*)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone:   (415) 276-6500
4  Facsimile:   (415) 276-6599
   Email:       joeaddiego@dwt.com
5              nickverwolf@dwt.com

6  Attorneys for Defendants
   EQUILON ENTERPRISES LLC, and
7  SHELL OIL PRODUCTS COMPANY LLC

8  STEGER P. JOHNSON (CA State Bar No. 83421)
   STEVEN J. BELL (CA State Bar No. 126567)
9  JONES, CLIFFORD, JOHNSON, DEHNER,
   WONG, MORRISON, SHEPPARD & BELL, LLP
10 100 Van Ness Avenue, 19th Floor
   San Francisco, CA 94102
11 Telephone:   (415) 431-5310
   Facsimile:   (415) 431-2266
12 Email:       sjohnson@jonesclifford.com

13 Attorneys for Plaintiff, KENT WARD

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENT WARD, | Case No.  CV 09-04565 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED ORDER] FOR THIRD EXTENSION OF DISCOVERY AND MEDIATION DEADLINES AND TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| EQUILON ENTERPRISES, LLC, SHELL OIL PRODUCTS COMPANY LLC AND DOES 1 TO 50, inclusive, | |
| Defendants. | **[Civ. L.R. 6-1(b) 6-2]** |
| | **Trial Date:  None** |

Pursuant to Civil Local Rule 6-1(b) and 6-2 of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiff Kent Ward and Defendants Equilon Enterprises, LLC ("Equilon") and Shell Oil Products Company LLC ("Shell"), by and through their respective counsel of record, as follows:

1) All discovery and expert discovery deadlines set forth in this Court's April 8, 2010 Case Management Scheduling Order and originally extended for a period of 90 (ninety) days per this Court's October 8, 2010 Stipulation and Order to Extend Discovery and Mediation Deadlines and to Reschedule Further Case Management Conference, and extended another 45 (forty five) days in this Court's January 20, 2011 Stipulation and Order For Second Extension of Discovery and Mediation Deadlines and to Reschedule Further Case Management Conference, shall be extended from the current deadlines stated in the January 20, 2011 Order, as follows:

    a) On or before June 30, 2011, all non-expert discovery shall be completed;

    b) On or before July 29, 2011, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

    c) On or before August 31, 2011, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

    d) On or before September 30, 2011, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

2) The current mediation deadline shall be extended by 60 days.

3) The May 26, 2011 Further Case Management Conference shall be rescheduled for October 6, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Richard Seeborg, Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement on or before September 29, 2011.

The reason for this Stipulation is that counsel for Plaintiff recently had a tragic family event occur that required his complete and immediate attention, such that he was not available to participate in mediation and remaining discovery under the current schedule. Further, the first available date for the parties and the mediator to conduct the mediation is not until the end of April, 2011, and the parties desire to conduct the mediation before completing the remaining depositions and discovery.

///

1    This is the third stipulated time modification in this case, as set forth above. No trial date
2 has been set, so this extension will not require that a trial date be rescheduled, but it will require
3 that the Further Case Management Conference currently set for May 26, 2011 be rescheduled.

4    IT IS SO STIPULATED.

5 Date: March 3, 2011

DAVIS WRIGHT TREMAINE LLP

By:    /s/ *Joseph E. Addiego III*
       JOSEPH E. ADDIEGO III

Attorneys for Defendants EQUILON ENTERPRISES LLC, and SHELL OIL PRODUCTS COMPANY LLC

12   IT IS SO STIPULATED

13 Date: March 3, 2011

JONES, CLIFFORD, JOHNSON, DEHNER, WONG, MORRISON, SHEPPARD & BELL, LLP

By:    /s/ *Steven J. Bell*
       Steven J. Bell

Attorneys for Plaintiff KENT WARD

STIPULATION FOR THIRD EXTENSION OF DISCOVERY DEADLINES AND CMC       DWT 16638856v1 0050411-000105
Case No. CV 09-04565 RS

**ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

IT IS FURTHER ORDERED that the May 26, 2011 Further Case Management Conference shall be rescheduled to October 6, 2011.  The parties shall file a Joint Case Management Statement on or before September 29, 2011.

DATED: March _3_, 2011.

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE