JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
NICK S. VERWOLF (admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:       (415) 276-6599
Email:            joeaddiego@dwt.com
                       nickverwolf@dwt.com

Attorneys for Defendants
EQUILON ENTERPRISES LLC, and
SHELL OIL PRODUCTS COMPANY LLC

STEGER P. JOHNSON (CA State Bar No. 83421)
STEVEN J. BELL (CA State Bar No. 126567)
JONES, CLIFFORD, JOHNSON, DEHNER,
WONG, MORRISON, SHEPPARD & BELL, LLP
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Telephone:     (415) 431-5310
Facsimile:       (415) 431-2266
Email:            sjohnson@jonesclifford.com

Attorneys for Plaintiff, KENT WARD

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENT WARD, | Case No.  CV 09-04565 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED ORDER] FOR FIFTH EXTENSION OF DISCOVERY AND MEDIATION DEADLINES AND TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| EQUILON ENTERPRISES, LLC, SHELL OIL PRODUCTS COMPANY LLC AND DOES 1 TO 50, inclusive, | |
| Defendants. | **[Civ. L.R. 6-1(b) 6-2]** |
| | **Trial Date:  None** |

Pursuant to Civil Local Rule 6-1(b) and 6-2 of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiff Kent Ward and Defendants Equilon Enterprises, LLC ("Equilon") and Shell Oil Products Company LLC ("Shell"), by and through their respective counsel of record, as follows:

1) All discovery and expert discovery deadlines set forth in this Court's April 8, 2010 Case Management Scheduling Order and originally extended for a period of 90 (ninety) days per this Court's October 8, 2010 Stipulation and Order to Extend Discovery and Mediation Deadlines and to Reschedule Further Case Management Conference, and extended another 45 (forty five) days in this Court's January 20, 2011 Stipulation and Order For Second Extension of Discovery and Mediation Deadlines and to Reschedule Further Case Management Conference, and extended again per this Court's March 3, 2011 Stipulation and Order for Third Extension of Discovery and Mediation Deadlines and to Reschedule Further Case Management Conference, shall be extended from the current deadlines stated in the March 3, 2011 Order, as follows:

    a)    All non-expert discovery shall be completed on or before October 11, 2011;

    b)    Plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before November 10, 2011;

    c)    Defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before December 12, 2011;

    d)    All discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed on or before January 20, 2012.

2) The October 6, 2011 Further Case Management Conference has been rescheduled by the Court in its Order Overruling Objections to Magistrate Judge's Determination (Docket #59) to January 26, 2012 at 10:00 a.m. in the Courtroom of the Honorable Richard Seeborg, Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The aforesaid Order directs the parties to file a Joint Case Management Statement at least one week prior to the Conference.

This Stipulation follows the parties' filing of their Stipulation and [Proposed Order] for Fifth Extension of Discovery and Mediation Deadlines and to Reschedule Further Case Management Conference (Docket #58), which was not ordered by this Court, and this Court's aforesaid Order (Docket #59). The parties are prepared to continue with discovery in this matter now that this Court has ruled on Defendants' Motion for Relief from Non-Dispositive Order of

1  Magistrate Judge Dated February 24, 2011 (Docket #49), the outcome of which dictates the proper
2  scope of examination of several of the remaining deponents.

3        This is the fifth stipulated time modification in this case, as set forth above. No trial date
4  has been set, so this extension will not require that a trial date be rescheduled. The Further Case
5  Management Conference previously set for October 6, 2011 already has been rescheduled by the
6  Court to January 26, 2011.

7        IT IS SO STIPULATED.

8  Date: July 25, 2011

DAVIS WRIGHT TREMAINE LLP

By:     /s/ *Joseph E. Addiego III*
        JOSEPH E. ADDIEGO III

Attorneys for Defendants EQUILON ENTERPRISES LLC, and SHELL OIL PRODUCTS COMPANY LLC

14        IT IS SO STIPULATED

15  Date: July 25, 2011

JONES, CLIFFORD, JOHNSON, DEHNER, WONG, MORRISON, SHEPPARD & BELL, LLP

By:     /s/ *Steven J. Bell*
        Steven J. Bell

Attorneys for Plaintiff KENT WARD

STIPULATION FOR FIFTH EXTENSION OF DISCOVERY DEADLINES AND CMC
Case No. CV 09-04565 RS
DWT 17667612v1 0050411-000105

1  **ORDER**

2  Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

3

4  DATED: July 29, 2011.

5  _____
   THE HONORABLE RICHARD SEEBORG
6  UNITED STATES DISTRICT COURT JUDGE

DAVIS WRIGHT TREMAINE LLP