**United States District Court**
For the Northern District of California

1    **\*E-Filed 1/26/12\***

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCISCO DIVISION

11

12   KENT WARD,                                                No. C 09-04565 RS

13              Plaintiff,                                     **CASE MANAGEMENT**
                                                              **SCHEDULING ORDER**
14        v.

15   EQUILON ENTERPRISES, LLC, SHELL
     OIL PRODUCTS COMPANY LLC, and
16   DOES 1 to 50, inclusive

17

18              Defendants.
                                                      /

19

20        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

21   Management Conference on January 26, 2012.  After considering the Joint Case Management

22   Statement submitted by the parties and consulting with the attorneys of record for the parties and

23   good cause appearing, IT IS HEREBY ORDERED THAT:

24        1.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management

25   Conference shall be held on **July 12, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States

26   Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case

27   Management Statement at least one week prior to the Conference.

28

CASE MANAGEMENT SCHEDULING ORDER

**United States District Court**
For the Northern District of California

1    2.    PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and

2 confer to discuss preparation of a joint pretrial statement, and on or before September 20, 2012

3 counsel shall file a Joint Pretrial Statement.

4    3.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on

5 **September 27, 2012 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

6 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case

7 shall attend personally.

8    4.    TRIAL DATE.   Trial shall commence on **October 9, 2012 at 9:00 a.m.**, in

9 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

10 California.

11

12    IT IS SO ORDERED.

13

14    DATED:  1/26/12

15    _____
     RICHARD SEEBORG

16    United States District Judge

17

18

19

20

21

22

23

24

25

26

27
                                        CASE MANAGEMENT SCHEDULING ORDER
28

2